```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23681
   WILLIE BURTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5374


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/18/2007 and was not confirmed.

    The case was dismissed without confirmation 02/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
DOMINIQUE HORTON          NOTICE ONLY    NOT FILED            .00           .00
WASHINGTON MUTUAL         CURRENT MORTG        .00            .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE        .00            .00           .00
CITIZENS COMMUNITY BANK   CURRENT MORTG        .00            .00           .00
CITIZENS COMMUNITY BANK   MORTGAGE ARRE   10000.00            .00           .00
ILLINOIS DEPT OF REV      PRIORITY         102.91            .00           .00
ILLINOIS DEPT OF REV      UNSECURED         64.30            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED       1352.81            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED       1085.35            .00           .00
CALIFORNIA STUDENT AID C  UNSECURED       3500.00            .00           .00
CALIFORNIA STUDENT AID C  UNSECURED       2884.81            .00           .00
THE STUDENT LOAN CORPORA  UNSECURED        328.71            .00           .00
COMMONWEALTH EDISON       UNSECURED       6483.79            .00           .00
PREMIER BANKCARD          UNSECURED        499.27            .00           .00
RONALD B LORSCH           REIMBURSEMENT    174.00            .00           .00
RONALD B LORSCH           DEBTOR ATTY     3,500.00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       --------------        --------------
TOTALS                      .00                  .00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23681 WILLIE BURTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |